UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

ROLANDO McKAY,

        Defendant.

- - - - - - - - - - - - - - - -X

<u>O R D E R</u>

02-922 (DJT)

    Upon the application of ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Jack Smith, it is hereby

    ORDERED that the above captioned indictment be unsealed as to defendant ROLANDO McKAY.

SO ORDERED:

s/David G. Trager
_____
U.S. DISTRICT COURT JUDGE
EASTERN DISTRICT OF NEW YORK

Dated: Brooklyn, New York
       March ___, 2006